AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| JANINE ZAMORA, individually and on behalf of all others similarly situated, ) ) ) ) | |
| _____ ) *Plaintiff(s)* ) ) | |
| v. ) | Civil Action No. 0:22-cv-62054-WPD |
| DEMERT BRANDS, LLC, ) ) ) | |
| _____ ) *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     DEMERT BRANDS, LLC
c/o Registered Agent:
DANIEL D. WHITAKER, ESQ.
712 S OREGON AVE
TAMPA, FL 33606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristen Lake Cardoso, Esq.
Kopelowitz Ostrow Ferguson Weiselberg Gilbert
1 W. Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954-525-4100
cardoso@kolawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Nov 4, 2022
_____

*s/ R. Bissainthe*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court