UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62054-CIV-SINGHAL

JANINE ZAMORA, , individually and on
behalf of all others similarly situated,

       Plaintiff,

v.

DEMERT BRANDS, LLC,

       Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiffs, JANINE ZAMORA, MINDY COLLETTE, JESSICA SCHOENROCK, EMILY EVANS, STEPHANIE COHEN SHALIT, CONDALISA LEGRAND, JILL KERNS and ALEXIS MORGAN, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss all claims in this action against Defendant, DEMERT BRANDS, LLC, with prejudice, with each party to bear their own costs.

Date: November 28, 2023                      Respectfully submitted,

                                                  */s/ Jeff Ostrow*
                                                  Jeff Ostrow (FBN 121452)
                                                  Kristen Lake Cardoso (FBN 44401)
                                                  **KOPELOWITZ OSTROW FERGUSON**
                                                  **WEISELBERG GILBERT**
                                                  One West Las Olas Blvd., Suite 500
                                                  Fort Lauderdale, FL 33301
                                                  Telephone: (954) 525-4100
                                                  ostrow@kolawyers.com
                                                  cardoso@kolawyes.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2023 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

*/s/ Jeff Ostrow*
Jeff Ostrow

000003/01486692_1