UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62054-CIV-SINGHAL

JANINE ZAMORA, individually and on
behalf of all others similarly situated,

    Plaintiffs,

v.

DEMERT BRANDS, LLC,

    Defendant.
_____/

### ORDER

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal of Defendant, DEMERT BRANDS, LLC. (DE [49]). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this cause stands **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and attorney's fees. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of November 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF